| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Aaron Pohl | Telephone: (313) 218-0934 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Jose SOLIS-LEAL

Case No. 25-30183

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 19, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about March 19, 2025, in the Eastern District of Michigan, Southern Division, Jose SOLIS-LEAL, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about April 20, 2013, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☐ Continued on the attached sheet.

_____
Complainant's signature

Aaron Pohl, Deportation Officer, ICE/ERO
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 26, 2025

_____
Judge's signature

City and state: Detroit, MI

Elizabeth A. Stafford, U.S. Mgistrate Judge
Printed name and title

## **Affidavit**

I, Aaron Pohl, declare the following under penalty of perjury:

1. I am a Deportation Officer with the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE). I have been employed by ICE since January of 2009. I have reviewed the official Immigration file (AXXX XXX 592) and system automated data relating to Jose SOLIS-LEAL, which attests to the following:

2. The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3. Jose SOLIS-LEAL, hereinafter referred to as SOLIS-LEAL is a 55 year old male, native and citizen of Mexico, who last entered the United States at an unknown place, on an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4. On or about December 21, 2004, SOLIS-LEAL was arrested by the United States Border Patrol near Lukeville, Arizona while being present in the United States without admission, inspection or parole by a United States Immigration Officer. SOLIS-LEAL was given a Voluntary Return (VR) to Mexico and returned the same day.

5. On or about December 7, 2005, the Comstock, CA Police Department arrested SOLIS-LEAL for Misdemeanor Driving Under the Influence of Alcohol/Drugs and Driving Without a License. The disposition of the case shows "Arrest/Relief Granted".

6. On or about April 20, 2013, United States Border Patrol apprehended SOLIS-LEAL near Nogales, Arizona and issued a Notice and Order of Expedited Removal.

7. On or about April 20, 2013, SOLIS-LEAL was removed to Mexico via the Nogales, Arizona Port of Entry.

1

8. On or about March 19, 2025, ICE Officers traveled to 13XX Hanford St, Lincoln Park, Michigan in search of Jose SOLIS-LEAL. At approximately 6:00 a.m., ICE Officers identified an individual matching the description of SOLIS-LEAL departing the area. ICE Officers conducted a vehicle stop at the corner of Lafayette Blvd. and Champaign Rd, in Lincoln Park, Michigan. ICE Officers identified themselves and conducted a field interview. SOLIS-LEAL identified himself and admitted he did not have any legal status or documentation to reside or remain in the United States. ICE Officers arrested, detained and transported SOLIS-LEAL without incident to the Detroit Field Office for processing.

9. On March 19, 2025, during the processing of SOLIS-LEAL, fingerprint analysis was completed, which revealed a match to that of Jose SOLIS-LEAL, AXXX XXX 592, a previously removed alien. SOLIS-LEAL was served with form I-871 Reinstatement of Prior Order.

10. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11. On March 24, 2025, I reviewed the Alien Registration file and conducted system checks. There is no evidence to indicate that Jose SOLIS-LEAL has applied for or received permission from the Attorney General of the United States or the Secretary of the U.S. Department of Homeland Security to reapply for admission to the United States following his removal on April 20, 2013.

12. Based on the above information, there is probable cause to conclude that Jose SOLIS-LEAL is an alien who unlawfully reentered or was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Aaron Pohl
Deportation Officer
U.S. Immigration and Customs Enforcement
333 Mount Elliott
Detroit, MI 48207

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge

3